UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

HENDERSON FORD                     CIVIL ACTION

VS                                 CASE NO 18-5029

HI HO LOUNGE                       SECTION

                                   SECT. B MAG. 3

COMPLAINT

Jurisdiction
   American with Disabilities Act of 1990, 42 STA 2181 AND
42 USC 12182

Supplemental Jurisdiction
   Louisiana Civil Rights for Person with Disabilities Act,
R.S. 46:2253 AND R.S. 46:2256(B)

Parties
   Plaintiff Henderson Ford

   Defendant Hi Ho Lounge

TENDERED FOR FILING

MAY 17 2018

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

X Fee _____
__ Process _____
X Dktd _____
__ CtRmDep _____
__ Doc. No. _____

# COMPLAINT

(1) PLAINTIFF CONTEND THAT ON OR ABOUT FEBRUARY 25, 2018 PLAINTIFF TRY TO GO IN HI HO LOUNGE

(2) PLAINTIFF WAS DENIED ACCESS TO the BUSINESS BECAUSE the BUSINESS do NOT HAVE A HANDICAP RAMP FOR PERSON IN A WHEELCHAIR

(3) PLAINTIFF CONTEND THAT HE IS HANDICAP BECAUSE HIS RIGHT LEG CUT OFF (6) Inches BELOW HIS KNEE.

(4) ON MARCH 9, 2018 PLAINTIFF SENT THE DEFENDANT A NOTICE OF ACTION EXPLAINING HOW THE DEFENDANT IS VIOLATING AMERICAN WITH DISABILITIES ACT

(5) PLAINTIFF CONTEND THAT THE DEFENDANT NEVER RESPOND TO the NOTICE OF ACTION

(6) ON APRIL , 2018 PLAINTIFF SENT THE DEFENDANT ANOTHER NOTICE OF ACTION INFORMING the DEFENDANT TO COMPLY WITH the AMERICAN WITH DISABILITIES ACT AND IF the DEFENDANT do NOT GET IN TOUCH BY APRIL 27, 2018 A CIVIL COMPLAINT WILL BE FILED

(7) PLAINTIFF CONTEND THAT THE DEFENDANT did NOT RESPOND to the SECOND NOTICE of ACTION

(8) PLAINTIFF CONTEND THAT THE DEFENDANT DENIED PLAINTIFF to the SERVICE, GOOD, AND his ENJOYMENT of LIFE to go FREELY IN AND OUT OF PLACES OF PUBLIC ACCOMMODATION.

RELIEF

(9) THE DEFENDANT TO PAY ALL COURT COST

(10) PLAINTIFF REQUEST TRIAL by JURY

(11) THE DEFENDANT TO PAY PLAINTIFF TWENTY-FIVE THOUSAND DOLLARS ($25,000<sup>00</sup>) FOR DENYING him ENJOYMENT OF LIFE

(12) THE DEFENDANT TO PAY PLAINTIFF TWENTY-FIVE THOUSAND DOLLARS ($25,000<sup>00</sup>) FOR VIOLATING his CIVIL RIGHTS UNDER AMERICAN WITH DISABILITIES ACT

(13) THE DEFENDANT TO PAY PLAINTIFF TWENTY-FIVE THOUSAND DOLLARS ($25,000<sup>00</sup>) FOR VIOLATING his CIVIL RIGHTS LOUISIANA CIVIL RIGHTS FOR PERSON WITH DISABILITIES ACT

that Plaintiff be Awarded cost

Thus done on this date of May 17, 2018

Respectfully submitted
Henderson Fae
Henderson Fae
2416 N. Dorgenois St. Apt C
New Orleans, La 70119
504/900-5810